GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for Saticoy Bay LLC Series 9720 Hitching Rail

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCESSSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>PECCOLE RANCH COMMUNITY ASSOCIATION, INC.; SATICOY BAY LLC SERIES 9720 HITCHING RAIL AKA SATICOY BAY, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00660-MMD-CWH<br><br><br><br><br><br><br><br><br><br><br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SATICOY BAY LLC SERIES 9720 HITCHING RAIL,<br><br>Counterclaimant,<br><br>v.<br><br>BANK OF AMERICA, N.A., SUCESSSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Counterdefendant. | |

Saticoy Bay LLC Series 9720 Hitching Rail substituted Michael F. Bohn, Esq. of Law Offices of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

Charles L. Geisendorf, Esq. no longer represents Saticoy Bay LLC Series 9720 Hitching Rail and has no further need to receive CM/ECF notifications in this case.

The undersigned respectfully requests the court remove Charles L. Geisendorf, Esq., from the electronic service list in this action. All future correspondence, papers, and future notices should continue to be directed to Michael F. Bohn, Esq.

Dated this 9th day of October, 2018.

GEISENDORF & VILKIN, PLLC

By: */s/ Charles L. Geisendorf*
    Charles L. Geisendorf, Esq.
    Nevada Bar No. 6985
    2470 St. Rose Parkway, Suite 309
    Henderson, NV 89074
    Tel: (702) 873-5868

**COURT APPROVAL**

**IT IS SO ORDERED:**

**DATED:** October 11, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2018, I electronically transmitted the above MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

                                                    */s/ Charles L. Geisendorf*
                                                    An employee of Geisendorf & Vilkin, PLLC