1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  DONNA M. WITTIG, ESQ
   Nevada Bar No. 10466
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
6         donna.wittig@akerman.com

7  *Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>PECCOLE RANCH COMMUNITY ASSOCIATION; SATICOY BAY, LLC SERIES 9720 HITCHING RAIL AKA SATICOY BAY, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00660-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINES TO MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 70, 71 AND 72]**<br><br>**[FIRST REQUEST]** |
| SATICOY BAY, LLC SERIES 9720 HITCHING RAIL,<br><br>Counterclaimant,<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Counterdefendant. | |

Bank of America, N.A., Peccole Ranch Community Association, and Saticoy Bay, LLC Series 9720 Hitching Rail aka Saticoy Bay, LLC stipulate to extending all parties' deadline to respond to the motions for summary judgment, ECF Nos. 70, 71, 72, for an additional 14 days or until February 6, 2019.

BANA, Peccole and Saticoy Bay moved for summary judgment on January 2, 2019. (ECF Nos. 70, 71, 72.) The opposition deadline is January 23, 2019. *See* L.R. 7-2(d).

The parties stipulate to extending the opposition deadline by fourteen days, from January 23, 2019 to February 6, 2019, to allow additional time to prepare their briefing.

This is the parties' first request to extend its opposition briefing deadline. The parties do not make this request to cause delay or prejudice any party.

Dated this 23rd day of January, 2019.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN** |
|---|---|
| */s/ Donna M. Wittig*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 10466<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Bank of America, N.A.* | */s/ Adam R. Trippiedi*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>NIKOLL NIKCI, ESQ.<br>Nevada Bar No. 10699<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074<br>*Attorneys for Saticoy Bay LLC Series 9720 Hitching Trail* |
| **LIPSON NEILSON COLE SELTZER & GARIN P.C.**<br><br>*/s/ Peter E. Dunkley*<br>KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>PETER E. DUNKLEY, ESQ.<br>Nevada Bar No. 11110<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Peccole Ranch Cnmty. Assn.* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: January 23, 2019

2

47570435;1
47570435;1