1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  DONNA M. WITTIG, ESQ
   Nevada Bar No. 10466
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
6         donna.wittig@akerman.com

7  *Attorneys for Bank of America, N.A., successor by
   merger to BAC Home Loans Servicing, LP fka
8  Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>PECCOLE RANCH COMMUNITY ASSOCIATION; SATICOY BAY, LLC SERIES 9720 HITCHING RAIL AKA SATICOY BAY, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00660-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND THE PARTIES' DEADLINES TO FILE REPLIES SUPPORTING THEIR MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 70, 71 AND 72]**<br><br>**[FIRST REQUEST]** |
| SATICOY BAY, LLC SERIES 9720 HITCHING RAIL,<br><br>Counterclaimant,<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Counterdefendant. | |

47999954;1

1    Bank of America, N.A., Peccole Ranch Community Association, Saticoy Bay, LLC Series 9720 Hitching Rail aka Saticoy Bay, LLC, and Peccole Ranch Community Association stipulate to extending all parties' deadline to file their replies supporting their motions for summary judgment, ECF Nos. 70, 71, 72, for an additional 14 days or until March 6, 2019.

BANA, Peccole and Saticoy Bay moved for summary judgment on January 2, 2019. (ECF Nos. 70, 71, 72.) BANA responded to Peccole and Saticoy's motions on February 6, 2019. (ECF Nos. 79, 80.) Peccole and Saticoy's deadline to file their replies supporting their motions for summary judgment is February 20, 2019. LR 7-2(b).

Saticoy responded to BANA's motion for summary judgment on February 6, 2019. (ECF No. 78.) BANA's deadline to file its reply supporting its motion for summary judgment is February 20, 2019. LR 7-2(b).

The parties stipulate to extending their reply deadlines by fourteen days, from February 20, 2019 to March 6, 2019, to allow additional time to prepare their briefing.[1]

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

---

[1] Peccole responded to BANA's motion on January 22, 2019, ECF No. 74. BANA already filed its reply to the HOA's response on February 4, 2019, ECF No. 77.

2

47999954;1

1  This is the parties' first request to extend their reply briefing deadline. The court previously granted the parties extension to file their respective oppositions. The parties do not make this request to cause delay or prejudice any party.

Dated February 19th, 2019.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN** |
|---|---|
| */s/ Donna M. Wittig*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 10466<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Bank of America, N.A.* | */s/ Adam R. Trippiedi*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>NIKOLL NIKCI, ESQ.<br>Nevada Bar No. 10699<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074<br>*Attorneys for Saticoy Bay LLC Series 9720 Hitching Trail* |
| **LIPSON NEILSON COLE SELTZER & GARIN P.C.**<br><br>*/s/ Peter E. Dunkley*<br>KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>PETER E. DUNKLEY, ESQ.<br>Nevada Bar No. 11110<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Peccole Ranch Cnmty. Assn.* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 20, 2019